# Third District Court of Appeal

## State of Florida

Opinion filed February 20, 2019.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D18-345
Lower Tribunal No. 15-7712

————————

## Laura Ann Cancio n/k/a Laura Ann Davis,
Appellant,

vs.

## Juan Manuel Cancio,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Law Offices of Robin Bresky, and Robin Bresky and Jeremy Dicker (Boca Raton), for appellant.

Juan Manuel Cancio, in proper person.

Before FERNANDEZ, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Finding the issues raised in the current appeal virtually identical to the issues raised by appellant in her prior appeal which was affirmed, <u>Cancio v. Cancio</u>, Case No. 17-2774 (Fla. 3d DCA May 16, 2018), we affirm here as well.

Affirmed.